IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC. and )
GUN OWNERS FOREIGN FOUNDATION )
) Civil No. 22-802 (JDB)
Plaintiffs, )
)
v. )
)
UNITED STATES SECRET SERVICE )
)
Defendant. )
_____)

## **PLAINTIFFS' FIRST AMENDED COMPLAINT**

Come now Gun Owners of America, Inc. and Gun Owners Foundation, by and through undersigned counsel, and allege as follows:

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from Plaintiffs by Defendant United States Secret Service ("USSS").

## **JURISDICTION AND VENUE**

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 5 U.S.C. §552(a)(4)(B).

3. Venue lies in this district under 28 U.S.C. §1391(e).

## **PARTIES**

4. Plaintiff Gun Owners of America, Inc. ("GOA") is a California non-stock corporation with its principal place of business in Springfield, Virginia. Gun Owners of America is organized and operated as a non-profit membership organization, exempt from federal income taxes under Section 501(c)(4) of the U.S. Internal Revenue Code. Gun Owners of America seeks to promote social welfare through informing and educating the public on and conducting activities in defense of the Second Amendment and the right to keep and bear arms.

5. Plaintiff Gun Owners Foundation ("GOF") is a Virginia nonstock corporation, organized and operated as a non-profit legal defense and educational foundation that is exempt from federal income taxes under Section 501(c)(3) of the Internal Revenue Code.

6. Defendant United States Secret Service is an agency within the meaning of 5 U.S.C. § 552(f). Defendant USSS has possession, custody and control of records to which Plaintiffs seek access. It may be served by serving a copy of the complaint and summons to United States Secret Service, General Counsel, Suite 8300, 950 H Street, NW., Washington, DC 20373-5802. *See* 31 CFR Subtitle A, Pt. 1, Subpt. C, App. D, subsection 6.

## STATEMENT OF FACTS

7. On December 29, 2021, Plaintiffs transmitted a Freedom of Information Act ("FOIA") request to Defendant USSS. The FOIA was submitted via email. A true and correct copy of the FOIA is attached as Exhibit "A."

8. On November 1, 2021, Ken Dilanian from NBC News claimed to have called the USSS to alert the agency to a Palmetto State Armory AR-15 lower receiver branded as "LETSGO-15."[1] Additionally, Mr. Dilanian tweeted that "[he] called to ask the Secret Service whether they consider "F—Joe Biden" emblazoned on an assault rifle to represent a security threat to the president. Which [he thought was] a reasonable question."[2]

9. Plaintiffs' FOIA requested the following:

(a) All records of any phone call placed or other form of communication made by Mr. Dilanian to the USSS (including but not limited to any audio recording or transcript thereof), along with records of any referral/investigation/inquiry/questioning that was opened or not opened, made or not made, conducted or not conducted, or closed regarding the November 1, 2021 Dilanian referral, Palmetto State Armory, or the Palmetto State Armory lower receiver "LETSGO-15."

(b) Any other Secret Service records regarding the phrase "Let's Go Brandon" or "Let's Go, Brandon," or other iterations thereof including an exclamation mark, not already produced in request (a) above.

---

[1] https://twitter.com/KenDilanianNBC/status/1455245963673677835 (last accessed 3.22.2022)
[2] https://twitter.com/KenDilanianNBC/status/1455277768280008196 (last accessed 3.22.2022)

10. The USSS failed to provide an acknowledgement letter or any response to the Plaintiffs' FOIA request.

11. Since Defendant failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i), Plaintiffs are deemed to have fully exhausted any and all administrative remedies with respect to their FOIA request.  See 5 U.S.C. § 552(a)(6)(C).

12. Plaintiffs are nonprofit organizations seeking information with which to inform and educate the public about the workings of government.  Release of the records requested is in the public interest.

13.  As of the date of this Amended Complaint, USSS has failed to: (i) to fully comply with Plaintiffs' FOIA request; and (ii) produce all the requested records or otherwise demonstrate that the requested records are exempt from production.

## COUNT I
### (Violation of FOIA,  5 U.S.C. §552 Against USSS)

14. Plaintiffs realleges the preceding paragraphs as if fully stated herein.

15. Defendant USSS is unlawfully withholding records requested by Plaintiffs pursuant to 5 U.S.C. §552.

16.  Plaintiffs are being irreparably harmed by reason of Defendant's unlawful withholding of records responsive to Plaintiffs' FOIA request, and

Plaintiffs will continue to be irreparably harmed unless Defendant USSS is compelled to conform its conduct to the requirements of the law.

**WHEREFORE**, Plaintiffs respectfully request that the Court:

(1) Order Defendant to conduct a search for any and all responsive records to Plaintiffs' FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiffs' FOIA request;

(2) Order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiffs' FOIA request, and a *Vaughn* index of any responsive records withheld under claim of exemption;

(3) Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiffs' FOIA request;

(4) Grant Plaintiffs an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. §552(a)(4)(E); and

(5) Grant Plaintiffs such other relief as the Court deems just and proper.

Dated: April 21, 2022.

        Respectfully Submitted,
        Gun Owners of America, Inc. and
        Gun Owners Foundation

        **/s/ *Stephen D. Stambouliuh***
        Stephen D. Stambouliuh
        Stambouliuh Law, PLLC

P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009
*Counsel for Plaintiffs*

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)