# WILLIAM J. OLSON, P.C.
### ATTORNEYS AT LAW

370 MAPLE AVENUE WEST, SUITE 4

VIENNA, VIRGINIA 22180-5615

TELEPHONE (703) 356-5070
FAX (703) 356-5085
E-MAIL: wjo@mindspring.com
http://www.lawandfreedom.com

WILLIAM J. OLSON
(VA, D.C.)

HERBERT W. TITUS
(VA OF COUNSEL)

JEREMIAH L. MORGAN
(D.C., CA ONLY)

ROBERT J. OLSON
(VA, D.C.)

114 CREEKSIDE LANE
WINCHESTER, VA  22602-2429
TELEPHONE (540) 450-8777
FAX (540) 450-8771

December 29, 2021
via electronic mail

Communications Center (FOIA/PA)
245 Murray Lane
Building T-5
Washington, D.C. 20223
Fax: 202-406-5586
Email: FOIA@usss.dhs.gov

Re:   FREEDOM OF INFORMATION ACT (FOIA) REQUEST
      of Gun Owners of America and Gun Owners Foundation regarding
      Secret Service contact from NBC Reporter Ken Dilanian

Dear FOIA Officer:

We represent Gun Owners of America ("GOA") and Gun Owners Foundation ("GOF"), and submit this Freedom of Information Act ("FOIA") request on their behalf to the United States Secret Service ("USSS").

GOA is a nonprofit social welfare organization exempt from federal income tax under section 501(c)(4) of the Internal Revenue Code.  GOA's tax-exempt mission and purposes include educating the public and conducting activities in defense of the Second Amendment and the right to keep and bear arms.  GOA's principal office is located at 8001 Forbes Place, Suite 202, Springfield, Virginia 22151.  (For further information on GOA, please see https://gunowners.org.)  GOF is a Virginia non-stock corporation, organized and operated as a non-profit legal defense and educational foundation that is exempt from federal income taxes under Section 501(c)(3) of the Internal Revenue Code.  GOF is supported by gun owners across the country.  (For further information on GOF, please see https://www.gunowners.com/.)

### Record Request

On November 1, 2021, Ken Dilanian from NBC News claimed to have called the USSS to alert the agency to a Palmetto State Armory AR-15 lower receiver branded as "LETSGO-15."[1]

---

[1] https://www.nbcnews.com/politics/politics-news/gun-dealers-sell-weapon-parts-ammo-using-anti-biden-slogan-lets-go-bra-rcna4260.

Exhibit "A"

Mr. Dilanian indicated that he believed the USSS should investigate "potential threats to the President like this." Subsequently, Mr. Dilanian tweeted that "[he] called to ask the Secret Service whether they consider 'F—Joe Biden' emblazoned on an assault rifle to represent a security threat to the president. Which I think is a reasonable question."[2]

Therefore, we seek the following records:

(a) All records of any phone call placed or other form of communication made by Mr. Dilanian to the USSS (including but not limited to any audio recording or transcript thereof), along with records of any referral/investigation/inquiry/questioning that was opened or not opened, made or not made, conducted or not conducted, or closed regarding the November 1, 2021 Dilanian referral, Palmetto State Armory, or the Palmetto State Armory lower receiver "LETSGO-15."

(b) Any other Secret Service records regarding the phrase "Let's Go Brandon" or "Let's Go, Brandon," or other iterations thereof including an exclamation mark, not already produced in request (a) above.

The date range for this request is from October 2, 2021 until the date you begin to process this request. If any of the information sought above is publicly available, please provide us with the location(s) of that information.

Please email the documents to wjo@mindspring.com, or mail them to the following address:

Robert J. Olson, Esquire
William J. Olson, P.C.
370 Maple Ave W., Suite 4
Vienna, VA 22180-5615

**Fee Waiver Request**

We request that the search, review, and copying fees be waived as provided under section 5 U.S.C. § 552(a)(4)(A) and 28 CFR 16.10(k). GOA and GOF are nonprofit organizations seeking the requested documents to educate the public on a matter of great public importance, by releasing information that — in addition to contributing to public understanding on the workings of government — may have great effect on substantive policy discussions relating to the exercise of citizens' rights under the Second Amendment. GOA and GOF routinely publish the results of findings from documents they receive through FOIA requests, free-of-charge on their websites, in

---

[2] *See* https://twitter.com/KenDilanianNBC/status/1455277689280008196

3

releases to members and supporters, and through dissemination of information to the news media.

The fees should be waived because release of the requested documents is in the public interest, and the requested information is likely to contribute significantly to public understanding of the operations or activities of the government. Additionally, the records sought by GOA and GOF are likely to contribute significantly to public understanding of the operations or activities of the government.

The release of the requested documents is not primarily for any commercial interest or purpose, including any commercial interest of GOA or GOF. GOA and GOF intend to disseminate to the general public, free of charge, any important information it obtains as a result of this request.

If our clients' waiver request is denied, we would appreciate an estimate of the costs involved in procuring any of the requested documents if such costs exceed $250. If the costs do not exceed $250, however, we do not need an estimate, and we will guarantee payment.

We request that the 20-day response time imposed by 5 U.S.C. § 552(a)(6)(A)(i) and 28 CFR 16.6(b) be adhered to strictly. We look forward to hearing from you within 20 business days.

Thank you for your prompt attention to this request.

Sincerely yours,

Robert J. Olson

RJO:ls

cc:   Gun Owners of America
      Gun Owners Foundation