UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiffs,* | | |
| v. | | Civil Action No. 22-0802 (JDB) |
| UNITED STATES SECRET SERVICE, | | |
| *Defendant.* | | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 10, 2022 Order, Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Secret Service, by and through undersigned counsel, respectfully submit the following joint proposal for scheduling.

Defendant reports that it has completed its search for records responsive to Plaintiffs' Freedom of Information Act ("FOIA") request, as narrowed by agreement of the parties on May 24, 2022 and made its first production of the non-exempt portions of responsive records to Plaintiffs on August 18, 2022. Defendant further reports that it has sent potentially responsive records to a consulting agency for review and is awaiting a response from the agency prior to taking any further action. It is anticipated that the consulting agency will provide a response to Defendant in the next 30 days.

As such, the Parties respectfully propose submission of a joint status report apprising the Court as to, as applicable, the status of the production, the identity of any disputed issues, and a briefing schedule for the filing of dispositive motions, on or before November 11, 2022.

Dated: September 9, 2022

        Respectfully submitted,

        */s/ Stephen D. Stamboulieh*
        Stephen D. Stamboulieh
        Stamboulieh Law, PLLC
        P.O. Box 428
        Olive Branch, MS  38654
        (601) 852-3440
        stephen@sdslaw.us
        DC District Court Bar# MS0009

        Robert J. Olson
        (D.C. Bar No. 1029318)
        Jeremiah L. Morgan
        (D.C. Bar No. 1012943)
        William J. Olson
        (D.C. Bar No. 233833)
        William J. Olson, P.C.
        370 Maple Avenue West, Suite 4
        Vienna, VA 22180-5615
        703-356-5070 (telephone)
        703-356-5085 (fax)
        wjo@mindspring.com (e-mail)
        *Counsel for Plaintiffs*


        MATTHEW M. GRAVES, D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

        By: */s/ Dedra S. Curteman*
        DEDRA S. CURTEMAN, IL Bar #6279766
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 252-2550
        dedra.curteman@usdoj.gov

        *Counsel for Defendant*