UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiffs,* | | |
| v. | | Civil Action No. 22-0802 (JDB) |
| UNITED STATES SECRET SERVICE, | | |
| *Defendant.* | | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Secret Service, by and through undersigned counsel, respectfully submit the following joint proposal for scheduling.[1]

The Parties report that production is completed for this matter and that the Parties have initiated discussions to settle this matter without the further need for litigation.

As such, the Parties respectfully propose submission of a joint status report apprising the Court as to, as applicable, the status of the production, the identity of any disputed issues, and a briefing schedule for the filing of dispositive motions, on or before January 13, 2023.

---

[1] Per the Court's September 9, 2022 Order, the Parties were to submit a joint status report on November 11, 2022. The undersigned counsel inadvertently missed this deadline and jointly apologize to the Court for this error. The undersigned will endeavor to ensure that the same mistake is not repeated.

Dated: November 14, 2022

        Respectfully submitted,

        */s/ Stephen D. Stamboulieh*
        Stephen D. Stamboulieh
        Stamboulieh Law, PLLC
        P.O. Box 428
        Olive Branch, MS  38654
        (601) 852-3440
        stephen@sdslaw.us
        DC District Court Bar# MS0009

        Robert J. Olson
        (D.C. Bar No. 1029318)
        Jeremiah L. Morgan
        (D.C. Bar No. 1012943)
        William J. Olson
        (D.C. Bar No. 233833)
        William J. Olson, P.C.
        370 Maple Avenue West, Suite 4
        Vienna, VA 22180-5615
        703-356-5070 (telephone)
        703-356-5085 (fax)
        wjo@mindspring.com (e-mail)
        *Counsel for Plaintiffs*


        MATTHEW M. GRAVES, D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

        By: */s/ Dedra S. Curteman*
        DEDRA S. CURTEMAN, IL Bar #6279766
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 252-2550
        dedra.curteman@usdoj.gov

        *Counsel for Defendant*