UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES SECRET SERVICE, ) <br> ) <br> *Defendant*. ) | Civil Action No. 22-0802 (JDB) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

\*   \*   \*

| | |
|---|---|
| Dated: November 28, 2022 | */s/ Stephen D. Stamboulieh*<br>Stephen D. Stamboulieh<br>Stamboulieh Law, PLLC<br>P.O. Box 428<br>Olive Branch, MS  38654<br>(601) 852-3440<br>stephen@sdslaw.us<br>DC District Court Bar# MS0009 |

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN
IL Bar #6279766
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
Telephone: (202) 252-2550
Email:  dedra.curteman@usdoj.gov

*Counsel for Defendants*